No. 73–5278.  MASELLI *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 73–5288.  D'ORSAY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–5316.  DEMPSEY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–5321.  GOMEZ *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 73–5324.  WILLIAMS *v.* UNITED STATES; and
No. 73–5341.  SWANSON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  Reported below: 484 F. 2d 176.

No. 73–5327.  MINOR *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 73–5345.  JULIAN *v.* UNITED STATES ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 73–5364.  LOONEY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–5377.  LAWRENCE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–5383.  SALCIDO-MEDINA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–5390.  WURZINGER *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 7th Cir.  Certiorari denied.

No. 73–5393.  LEWIS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.